No. 273. Briggs et al. v. Elliott et al., *ante,* p. 350. The mandate is ordered to issue forthwith on motion of appellants, appellees not objecting.

No. 427. Barker v. Leggett, Superintendent of the Insurance Department of Missouri, et al., *ante,* p. 900. Petition for rehearing denied. Motion to modify and supplement the order of January 2, 1952, also denied.

No. 293, Misc. Byers v. Hunter, Warden, et al.; and

No. 298, Misc. Byers et al. v. United States. Applications denied.